**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

GLOBAL WEATHER PRODUCTIONS LLC,

Plaintiff,

v.

TOWNSQUARE MEDIA, INC.,

Defendant.

Case No: 7:25-cv-06059-JGLC

**~~[PROPOSED]~~ JUDGMENT**

Defendant Townsquare Media, Inc. ("Defendant" or "Townsquare") having offered to allow entry of judgment pursuant to Fed. R. Civ. P. 68 against itself and in favor of plaintiff Global Weather Productions LLC ("Plaintiff"), for the total sum of Two Hundred Thousand and One Dollars ($200,001.00), which amount includes any liability for damages, as well as attorneys' fees and costs of suit incurred to the date of the offer of judgment (*i.e.*, September 11, 2026) (*Dkt. No*. 52-1), and Plaintiff having accepted said offer of judgment on September 22, 2026 (*id.*); it is hereby

ORDERED, ADJUDGED AND DECREED that Plaintiff Global Weather Productions LLC recover from Defendant Townsquare Media, Inc. the total sum of Two Hundred Thousand and One Dollars ($200,001.00); and it is further

ORDERED, ADJUDGED AND DECREED that Defendant shall make payment of the amount of the judgment to Plaintiff within thirty (30) days of the date of Plaintiff's acceptance of the offer of judgment; and it is further

ORDERED, ADJUDGED AND DECREED that this judgment shall and does hereby forever relieve, release and discharge Townsquare and its subsidiaries (including all websites

operated by those subsidiaries), predecessors, successors, assignors, assigns, investors, attorneys, officers, directors, employees, stockholders, agents and representatives from any and all claims, demands, actions, suits, causes of action, debts, costs, expenses, attorneys' fees, damages, and liabilities of any kind or nature, in law, equity or otherwise, however arising, including without limitation, any statutory, civil, or administrative claim, whether known or unknown, suspected or unsuspected, fixed or contingent, apparent or concealed, that were or could have been asserted in the instant lawsuit or related to the works in suit; and it is further

ORDERED, ADJUDGED AND DECREED that the offer of judgment is not to be construed as an admission by Defendant of the existence of any wrongdoing, of liability to Plaintiff for any damages, or of any of the facts alleged in Plaintiff's operative Complaint; and it is further

ORDERED, ADJUDGED AND DECREED that by its acceptance of the offer of judgment, Plaintiff has waived its right to any claim for interest on the amount of the judgment.

White Plains, New York

Dated: October 1, 2026

SO ORDERED:

Jessica Clarke

Hon. Jessica Clarke
United States District Judge

All conferences, including the case management conference scheduled for March 11, 2027, are canceled. The Clerk of Court is directed to close the case.